**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION

10  Randy Lee Soderstrom,                    NO. C 08-05310 JW

11            Plaintiff,              **ORDER GRANTING PLAINTIFF'S**
       v.                             **MOTION FOR TELEPHONIC**
12                                    **APPEARANCE**
    Henry T. Nicholas, III, et al.,
13
            Defendants.
14  _____/

15       On March 9, 2009, the parties are scheduled to appear for a hearing on Defendants' various

16  Motions to Dismiss.  In advance of this hearing, Plaintiff has filed a Motion Requesting Permission

17  to Appear by Telephone at the March 9 hearing.  (See Docket Item No. 85.)  Plaintiff contends that,

18  due to his incarceration at Sierra Conservation Center State Prison ("Prison"), his physical

19  attendance at the hearing will present a serious difficulty.  Given the difficulties inherent in

20  permitting Plaintiff's physical appearance, the Court GRANTS Plaintiff's Motion for a telephonic

21  appearance.

22       Accordingly, at approximately 9:30 a.m. on March 9, 2009, the Court shall contact the Prison

23  Litigation Coordinator's phone number, as provided by Plaintiff in his Motion to permit Plaintiff to

24  appear by telephone.  The Court requests that the appropriate prison official make Plaintiff available

25  to appear telephonically at the denoted time.

26

27  Dated:  March 5, 2009

                                        JAMES WARE
28                                      United States District Judge

**United States District Court**

For the Northern District of California

1 | **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 | Benedict Y Hur bhur@kvn.com
Charles Edward Weir cweir@mwe.com

3 | David Ian Hurwitz dhurwitz@omm.com
Jan Nielsen Little jnl@kvn.com

4 | Jerome F. Birn jbirn@wsgr.com
John L. Antracoli jantracoli@rutan.com

5 | Jose Jorge deNeve jdeneve@omm.com
Katherine L Buchanan kbuchanan@omm.com

6 | Kelley Moohr Kinney kkinney@wsgr.com
Michael D. Celio mdc@kvn.com

7 |

Randy Lee Soderstrom
8 | V-60357
Sierra Conservation Center State Prison
9 | 5100 O'Byrnes Ferry Road
Jamestown, CA 95327

10 |

11 |

**Dated:  March 5, 2009**                                      **Richard W. Wieking, Clerk**

12 |

13 |                                                            **By:    /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
14 |                                                               **Courtroom Deputy**

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |