1  JEROME F. BIRN, JR. (State Bar No. 128561)
       jbirn@wsgr.com
2  CAZ HASHEMI (State Bar No. 210239)
       chashemi@wsgr.com
3  KELLEY M. KINNEY (State Bar No. 216823)
       kkinney@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, CA 94304-1050
6  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100

   Attorneys for Defendant
   WILLIAM J. RUEHLE

*IT IS SO ORDERED*
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RANDY LEE SODERSTROM, | CASE NO.: 5:08-cv-05310 (JW) |
| Plaintiff, | |
| v. | **DEFENDANTS' STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| HENRY T. NICHOLAS, III; WILLIAM J. RUEHLE; HENRY SAMUELI; DAVID DULL; and BROADCOM CORPORATION, | |
| Defendants. | Complaint Filed: November 24, 2008 |

1        Pursuant to Civil Local Rule 6-2 defendants Broadcom Corporation, Henry T. Nicholas,
2   III, William J. Ruehle, Henry Samueli and David Dull hereby stipulate and jointly request that
3   the Court continue the Initial Case Management Conference.  Defendants cannot readily contact
4   plaintiff for purposes of this stipulation because he is incarcerated in the California state prison
5   system.  The parties jointly declare the following in support of this request:

6        WHEREAS, the Initial Case Management Conference is presently scheduled for
7   Monday, April 20, 2009;

8        WHEREAS, defendants filed motions to dismiss pursuant to Federal Rule of Civil
9   Procedure 12(b)(6) on January 30, 2009, which have been fully briefed by the parties and which
10  the Court has taken under submission;

11       WHEREAS, resolution of the pending motions to dismiss has the potential to affect
12  whether and in what form this action will proceed;

13       WHEREAS, in order to conserve the resources of the Court and the parties, defendants
14  request that the Initial Case Management Conference take place after the motions to dismiss are
15  resolved;

16       IT IS HEREBY STIPULATED, subject to the approval of the Court:

17       1.   The Initial Case Management Conference, presently scheduled for Monday,
18  April 20, 2009, is vacated.

19       2.   The clerk shall reschedule the Initial Case Management Conference for Monday,
20  May 18, 2009, or as soon thereafter as the Court's schedule may permit.

21

22  Dated:  March 30, 2009              WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation
23

24                                      By:   /s/ Kelley M. Kinney
                                              Kelley M. Kinney
25
                                        Attorneys for Defendant
26                                      WILLIAM J. RUEHLE

27

28

DEFENDANTS' STIPULATION & PROPOSED ORDER        -1-
CONTINUING INITIAL CMC
CASE NO.: 5:08-CV-05310 (JW)

| | | |
|---|---|---|
| 1 | Dated: March 30, 2009 | RUTAN & TUCKER, LLP<br>    John L. Antracoli |
| 2 | | |
| 3 | | WILLIAMS & CONNOLLY, LLP<br>    Malachi B. Jones *(pro hac vice)*<br>    Negar Tekeei *(pro hac vice)* |
| 4 | | |

By:     /s/ Malachi B. Jones
              Malachi B. Jones

725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Attorneys for Defendant
HENRY T. NICHOLAS, III

Dated: March 30, 2009                    KEKER & VAN NEST, LLP

By:    /s/ Benedict Y. Hur
              Benedict Y. Hur

710 Sansome Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

Attorneys for Defendant
BROADCOM CORPORATION

DEFS. STIPULATION AND [PROPOSED] ORDER            -2-
CONTINUING CMC
CASE NO.: 5:08-CV-05310 (JW)

| | | |
|---|---|---|
| 1 | Dated: March 30, 2009 | MCDERMOTT WILL & EMERY LLP |
| 2 | | |
| 3 | | By:   /s/ Jon Dean |
| 4 | |        Jon Dean |
| 5 | | 2049 Century Park East, 38th Floor |
| | | Los Angeles, CA 90067 |
| 6 | | Telephone: (310) 277-4110 |
| | | Facsimile: (310) 277-4730 |
| 7 | | |
| | | Attorneys for Defendant |
| 8 | | HENRY SAMUELI |
| 9 | | |
| 10 | Dated: March 30, 2009 | O'MELVENY & MEYERS LLP |
| 11 | | |
| 12 | | By:   /s/ Jorge deNeve |
| | |        Jorge deNeve |
| 13 | | |
| 14 | | 400 South Hope St. |
| | | Los Angeles, CA 90071 |
| 15 | | Telephone: (213) 430-6000 |
| | | Facsimile: (213) 430-6407 |
| 16 | | Attorneys for Defendant |
| 17 | | DAVID DULL |

\*    \*    \*

**<u>ORDER</u>**

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court will set a new Case Management Conference, if necessary, in its Order addressing Defendants' various Motions.

Dated: April 2, 2009

_/s/ James Ware_
Hon. James Ware
United States District Judge